UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| JACINTA MELGAR,<br><br>Plaintiff,<br><br>-against-<br><br>WILLIAM R. WEISS ENTERPRISES, INC., d/b/a TNT SALES, TRT ENTERPRISES LLC, and JOSHUA A. BILLIOT,<br><br>Defendants. | INDEX NO.: 1:23-CV-00372-AMD-CLP<br><br>**DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES** |

-------------------------------------------------------------------x

**DEFENDANTS' RULE 26(a) (1) INITIAL DISCLOSURES**:

Pursuant to Fed. R. Civ. P. 26(a), Defendants WILLIAM R. WEISS ENTERPRISES, INC., d/b/a TNT SALES, TRT ENTERPRISES LLC, and JOSHUA A. BILLIOT hereby serve these Initial Disclosures to Plaintiff. **APPENDIX A** to these disclosures contain color photographs of Plaintiff's vehicle involved in this accident. **APPENDIX B** to these disclosures contain an accident report prepared by Defendant JOSHUA A. BILLIOT.

These disclosures do not include the names of any potential experts retained or consulted by the Defendants. Defendants will produce information relating to experts as may be appropriate under Federal Rule of Civil Procedure 26(a)(2) at the time provided by that Rule or any supervening order of the Court.

These disclosures do not constitute waiver of any work product production and are without prejudice to any other issue or argument.

Dated: New York, New York
April 5, 2023

Yours etc.,

GALLO VITUCCI KLAR LLP

______________________________
By: Cary S. Nosowitz, Esq.
*Attorneys for Defendants*
*WILLIAM R. WEISS ENTERPRISES, INC., d/b/a TNT SALES, TRT ENTERPRISES LLC, and JOSHUA A. BILLIOT*

90 Broad Street, 12th Floor
New York, New York 10004
(212) 683-7100
File No.: NGI.2022018

TO: Cynthia M. Attard, Esq.
IKHILOV & ASSOCIATES
Attorneys for Plaintiff
Jacinta Melgar
76 West Brighton Avenue, Suite 212
Brooklyn, New York 11224
(718) 336-4999