## APPENDIX A

**A. <u>Photographs of Plaintiff's vehicle involved in this accident.</u>**

## Appendix B


2 Av
DO NOT ENTER


2 Av
DO NOT ENTER



