**B. <u>Accident report prepared by Defendant JOSHUA A. BILLIOT</u>**

I Josh Billiot was at red light at Q Ave. with my driver tires a lil over other lane on driver side. Light turned green, I proceeded to go under green light to make my slight turn. When I noticed it was to late. A SUV done came inbetween my trailer and the barracade and the SUV ran into my back driver side to trailer. I automatically pulled over and went check on the driver. The driver (female) was already outside of her vehicle and I asked her if she was ok. She spoke some English and said "im fine are you ok and was worried about her car. Once I made sure she was ok she tried to move her car so the traffic wouldn't hit her again. I did the same. I pulled up my truck. When completed, I went back by her. Took pictures than me and the lady walked to the passenger rear side while I called 911. After I got off phone with "911 the lady told me her husband was on his way. I than went in my truck and got paperwork and insurance ready for the police.

While I was getting paperwork, the husband Knocked on my door so I got down. He than asked me if I was ok and I told him yes im fine that I just thank God his wife is OK. And he than told me yes shes fine than asked me how we wanted to handle this. I told the husband that I called 911 and is waiting for them. We than shook hands. It was cold so I went sit in truck while the husband and wife went sit in his car. The cops than showed up so I than gave my paperwork to the guy officer while the female officer asked what happened. I explained to her. After that the guy officer came back to me after he finished talking to the Couple. I explained to the male officer what happened. After explaining, the officers (both) went in the cop car to do paperwork so I went back in my truck and wait. After the officers was taking a while. I went to there unit and we (male and female officer & me) started talking. I mentioned about how fast the cars are going at 3 A.M. in the morning an was told to me," It's like this all the time, never a dull moment.

Than we talked about their bullet proof Class on there units and they told me why they have that and what took place with some other officers that got shot. After all, I asked the officers who was at favor in this accident. And they both told me they not a judge but they clearly see how she ran into me. So I than asked if they (police officers) can write saying that I wasn't at fault since they clearly see she ran into me. The officers told me they can write what they thought happened and that I wasn't at fault but everything on report has to be approved by supervisor. Once that was said the officers than took pictures of my paperwork on truck & trailer than gave it back to me and said that was it. I than told the officers to be safe and than left to finish my route.

Joshua Billiot

[signature]