UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF THE STATE OF NEW YORK
------------------------------------------------------------------x

JACINTA MELGAR,

Plaintiffs,

-against-

WILLIAM R. WEISS ENTERPRISES, INC., d/b/a TNT SALES, TRT ENTERPRISES LLC, and JOSHUA A. BILLIOT,

Defendants.
------------------------------------------------------------------x

Docket No.: 1:23-cv-00372-AMD-CLP

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel to the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action as against defendants, only be, and the same is hereby, discontinued with prejudice without cost, expenses, fees or disbursements to either side.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the undersigned counsel to the parties to the above-entitled action, that this stipulation may be presented to the Court in counterparts. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
May 2, 2024

IKHILOV & ASSOCIATES

By:____________________________
Erik Ikhilov, Esq.
76 West Brighton Avenue, Suite 212
New York, NY 100063
P: (718) 336-4999
erik@eiesq.com
Attorneys for Plaintiff

GALLO VITUCCI KLAR LLP

By:____________________________
Cary S. Nosowitz, Esq.
90 Broad Street, Suite 1202
New York, NY 10004
P: (212) 683-7100
cnosowitz@gvlaw.com
Attorneys for Defendants